UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,              ) | |
| JOHN  DOE,                             ) | |
|                                        ) | |
|                      Plaintiffs,       ) | |
|                                        ) | |
|           vs.                          ) | |
|                                        ) | |
| E-BIOFUELS, LLC,                       ) | |
| E-BIOFUELS WEST, LLC,                  ) | |
| CARAVAN TRADING, LLC,                  ) | |
| CIMA GREEN, LLC,                       ) | |
| GREEN GREASE SOLUTIONS, LLC,           ) | |
| TRU VERDE, LLC,                        ) | |
| AUGSBURG ENERGY, LLC,                  ) | |
| ELEMENT ALTERNATIVE ENERGY, LLC,       )    No. 1:14-cv-00377-TWP-MJD |
| WERKS MANAGEMENT, LLC,                 )             *SEALED* |
| IMPERIAL PETROLEUM, INC.,              ) | |
| VISION BIODIESEL, INC,                 ) | |
| ULTRA GREEN ENERGY SERVICES, LLC,      ) | |
| ASTRA ENERGY CANADA, INC,              ) | |
| ASTRA OIL COMPANY, LLC,                ) | |
| FLYING J INC.,                         ) | |
| JOSEPH S FURANDO,                      ) | |
| CHRISTINE M FURANDO,                   ) | |
| EVELYN KATARINA TRACY,                 ) | |
| CRAIG D DUCEY,                         ) | |
| CHAD D DUCEY,                          ) | |
| CHRISTOPHER D. DUCEY,                  ) | |
| BRIAN D CARMICHAEL,                    ) | |
| ALEXANDER  CHEPURKO,                   ) | |
| ANDREW  POLLOCK,                       ) | |
| JEFFREY T. WILSON,                     ) | |
| AARON  WILSON,                         ) | |
| ROBERT "JAY" PIERCE,                   ) | |
| VERN  MANWARRING,                      ) | |
| TROY  MCKEE,                           ) | |
| J GREGORY THAGARD,                     ) | |
|                                        ) | |
|                      Defendants.       ) | |

**STATUS CONFERENCE**

### HON. MARK J. DINSMORE, MAGISTRATE JUDGE

This matter is scheduled for a telephonic status conference on **Tuesday, April 22, 2014 at 4:00 p.m.** to discuss case status. Counsel shall attend the status conference by calling 1-877-336-1839 Access Code 4951264 Security Code 140377. The parties are further reminded that pursuant to Local Rule 83-7(b), an attorney of record who is not admitted to practice before this court must either comply with this court's admission policy (see S.D. Ind.L.R. 83-5), or withdraw his or her appearance (see subdivision (c) of that rule) within 21 days after the case is removed or transferred to the court.

Dated: 03/28/2014

Mark J. Dinsmore
United States Magistrate Judge
Southern District of Indiana

Distribution:

Chris D Collins
Barlow Garsek & Simon
3815 Lisbon St
Fort Worth, TX 76107

Spencer D. Solomon
Barlow Garsek & Simon, LLP
3815 Lisbon Street
Fort Worth, TX 76107

Clayton Ray Mahaffey-DOJ
US Attorney's Office
801 Cherry St
Suite 1700
Fort Worth, TX 76102

Joyce R Branda
US Attorney's Office
Commercial Litigation Branch
PO Box 261   Ben Franklin Station
Washington, DC  20044

Tracy Lyle Hilmer
US Department of Justice - Civil Division
PO Box 261
Ben Franklin Station
Washington, DC 20044