UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, )<br>*Ex rel*. GARY  WILLIKY, )<br>   )<br>            Plaintiffs, )<br>   )<br>      vs. )<br>   )<br>E-BIOFUELS, LLC, )<br>E-BIOFUELS WEST, LLC, )<br>CARAVAN TRADING, LLC, )<br>CIMA GREEN, LLC, )<br>GREEN GREASE SOLUTIONS, LLC, )<br>TRU VERDE, LLC, )<br>AUGSBURG ENERGY, LLC, )<br>ELEMENT ALTERNATIVE ENERGY, LLC, )<br>WERKS MANAGEMENT, LLC, )<br>IMPERIAL PETROLEUM, INC., )<br>VISION BIODIESEL, INC, )<br>ULTRA GREEN ENERGY SERVICES, LLC, )<br>ASTRA ENERGY CANADA, INC, )<br>ASTRA OIL COMPANY, LLC, )<br>FLYING J INC., )<br>JOSEPH S FURANDO, )<br>CHRISTINE M FURANDO, )<br>EVELYN KATARINA TRACY, )<br>CRAIG D DUCEY, )<br>CHAD D DUCEY, )<br>CHRISTOPHER D. DUCEY, )<br>BRIAN D CARMICHAEL, )<br>ALEXANDER  CHEPURKO, )<br>ANDREW  POLLOCK, )<br>JEFFREY T. WILSON, )<br>AARON  WILSON, )<br>ROBERT "JAY" PIERCE, )<br>VERN  MANWARRING, )<br>TROY  MCKEE, )<br>J GREGORY THAGARD, )<br>   )<br>            Defendants. ) | No. 1:14-cv-00377-TWP-MJD |

**ORDER TO SHOW CAUSE**

Based upon the Court's examination, the Complaint in this case appears to be similar to the Complaint in United States of America v. Imperial Petroleum, Inc., 1:12-cv-00786-TWP-MJD (Imperial Case). Consequently, it appears that this case and the Imperial Case involve common questions of law and fact, and therefore the two matters should be consolidated pursuant to Rule 42(a) of the Federal Rules of Civil Procedure.  If any party believes this matter should not be consolidated with the Imperial Case, that party is hereby ordered to show cause, by no later than **August 4, 2014**, why the two matters should not be consolidated pursuant to Rule 42(a).

Dated:   07/14/2014

Mark J. Dinsmore
United States Magistrate Judge
Southern District of Indiana

Distribution:

Chris D Collins
BARLOW GARSEK & SIMON LLP
ccollins@bgsfirm.com

Matthew K. Walton
BARLOW GARSEK SIMON LLP
mwalton@bgsfirm.com

Shelese M. Woods
UNITED STATES ATTORNEY'S OFFICE
shelese.woods@usdoj.gov

Joyce R Branda
US Attorney's Office
Commercial Litigation Branch
PO Box 261   Ben Franklin Station
Washington, DC 20044

Brian J. McCabe
US DEPARTMENT OF JUSTICE-CIVIL DIVISION
brian.mccabe@usdoj.gov

Tracy Lyle Hilmer
US Department of Justice - Civil Division
PO Box 261
Ben Franklin Station
Washington, DC 20044