UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | No. 1:14-cv-00377-TWP-MJD |
| ) | |
| E-BIOFUELS, LLC, et al. ) | |
| ) | |
| Defendants. ) | |
| ) | |
| ) | |
| ALEXANDER CHEPURKO, ) | |
| ) | |
| Relator. ) | |

**REPORT AND RECOMMENDATION**

On January 2, 2018, the Court granted Motions to Withdraw filed by counsel for Defendants Joseph Furando, Caravan Trading, LLC ("Caravan Trading"), and Cima Green LLC ("Cima Green").  [Dkt. 189.]  As corporate entities, Caravan Trading and Cima Green must be represented by counsel for this matter to proceed. *Nocula v. UGS Corp.*, 520 F.3d 719, 725 (7th Cir. 2008). Accordingly, the Court ordered Defendants Caravan Trading and Cima Green to obtain new counsel and for such counsel to enter their appearance in this matter no later than February 2, 2018. [Dkt. 189 at 2.] If counsel did not appear by that date, the Court further ordered Defendants Caravan Trading and Cima Green to show cause, by no later than February 5, 2018, why default should not be entered against them on Plaintiff's Complaint for Defendants' failure to appear to defend this action. *Id.*

To date, neither an appearance nor a response to the Court's Order to Show Cause has been filed on behalf of either Caravan Trading or Cima Green. Consequently, the Magistrate Judge recommends the Court issue an Entry of Default against these Defendants. In light of that recommendation, the Magistrate Judge further recommends the Court **DENY AS MOOT** Relator's *Motion for Clerk's Entry of Default Against Caravan Trading LLC and Cima Green LLC*. [Dkt. 199.]

Any objections to the Magistrate Judge's Report and Recommendation shall be filed with the Clerk in accordance with 28 U.S.C. § 636(b)(1) and Fed. R. Civ. P. 72(b), and failure to timely file objections within fourteen days after service shall constitute a waiver of subsequent review absent a showing of good cause for such failure.

Dated: 20 FEB 2018

_____
Mark J. Dinsmore
United States Magistrate Judge
Southern District of Indiana

Distribution:

Service will be made electronically
on all ECF-registered counsel of record via
email generated by the court's ECF system.

Service will be made by U.S. Mail to:

CARAVAN TRADING, LLC
.52 Park Ave.
Park Ridge, NJ 07656

CIMA GREEN, LLC
.52 Par Ave., Suite A-7
Park Ridge, NJ 07656

JOSEPH FURANDO
65853-050
EDGEFIELD - FCI
EDGEFIELD FEDERAL CORRECTIONAL INSTITUTION
Inmate Mail/Parcels
P.O. BOX 725
EDGEFIELD, SC 29824

CHAD DUCEY
11801-028
TERRE HAUTE - FCI
TERRE HAUTE FEDERAL CORRECTIONAL INSTITUTION
Inmate Mail/Parcels
P.O. BOX 33
TERRE HAUTE, IN 47808