UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA ex rel Alexander Chepurko, | ) ) ) | |
| Plaintiff, | ) ) | |
| v. | ) ) | No. 1:14-cv-00377-TWP-MJD |
| E-BIOFUELS, LLC Default entered 8/1/2014 in related case, CARAVAN TRADING, LLC, CIMA GREEN, LLC, IMPERIAL PETROLEUM, INC. Clerk's Entry of Default entered on 10/02/2017, JOSEPH FURANDO in his personal capacity, CHRISTINE FURANDO in her personal capacity, CRAIG DUCEY in his personal capacity, CHAD DUCEY in his personal capcity, JEFFREY T. WILSON in his personal capacity, | ) ) ) ) ) ) ) ) ) ) ) | |
| Defendants. | ) ) | |
| ALEXANDER CHEPURKO, | ) ) | |
| Relator. | ) | |

## ORDER ADOPTING REPORT AND RECOMMENDATION

On February 20, 2018, the Magistrate Judge submitted a Report and Recommendation (Dkt. 206). The parties were afforded due opportunity pursuant to statute and the rules of this Court to file objections; none were filed. The Court, having considered the Magistrate Judge's Report and Recommendation, hereby adopts the Magistrate Judge's Report and Recommendation. The clerk is directed to enter default against Defendants Caravan Trading, LLC and Cima Green LLC.

Date: 3/12/2018

TANYA WALTON PRATT, JUDGE
United States District Court
Southern District of Indiana

Service will be made electronically
on all ECF-registered counsel of record
via email generated by the court's ECF system.


Service will be made by U.S. Mail to:

CARAVAN TRADING, LLC
.52 Park Ave.
Park Ridge, NJ 07656

CIMA GREEN, LLC
.52 Par Ave., Suite A-7
Park Ridge, NJ 07656

JOSEPH FURANDO
65853-050
EDGEFIELD - FCI
EDGEFIELD FEDERAL CORRECTIONAL INSTITUTION
Inmate Mail/Parcels
P.O. BOX 725
EDGEFIELD, SC 29824

CHAD DUCEY
11801-028
TERRE HAUTE - FCI
TERRE HAUTE FEDERAL CORRECTIONAL INSTITUTION
Inmate Mail/Parcels
P.O. BOX 33
TERRE HAUTE, IN 47808